UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CASHMAN EQUIPMENT CORP. | CIVIL ACTION NO.:10-00021 |
| VERSUS | JUDGE SHELLY D. DICK |
| BOH BROS. CONSTRUCTION CO., LLC | MAG. RICHARD BOURGEOIS |

## JUDGMENT

**CONSIDERING** the Court's *Written Order and Reason*s, *Judgment* shall be entered accordingly;

Judgment in favor of Cashman Equipment Corp. and against Boh Bros. Construction Co. in the amount of $175,760.00 for unpaid Charter Hire Rates and $53,695.00 for unpaid repair costs.

Judgment in favor of Boh Bros. Construction Co. and against Cashman Equipment Corp. in the amount of $213,603.88 for repair work and replacement of parts on Cashman's crane barge.

Signed in Baton Rouge, Louisiana, on March 20, 2014.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**